**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RACHEL STYCZYNSKI** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 18-2662** |
| **v.** | : | |
| | : | |
| **MARKETSOURCE, INC., and** | : | |
| **ALLEGIS GROUP, INC.** | : | |
| **Defendants.** | : | |

**ORDER**

This 30th day of November, 2018, upon consideration of Defendants' Motion to Dismiss

or Stay the Proceedings Pending Arbitration, Plaintiffs' Response, and Defendants' Reply, and

for the reasons stated in my accompanying memorandum, it is hereby **ORDERED** that:

1. The dispute between Plaintiff and Defendants is referred to arbitration under the terms
   and conditions of the contract.

2. All proceedings by the Plaintiff against Defendants in this Court are **STAYED** until
   further order of the Court.

3. The case is placed in civil suspense pending a final decision in arbitration.

4. Counsel for Plaintiff and Defendants shall file a joint status report upon conclusion of the
   arbitration to advise whether any further action by the Court is necessary.


_____/s/ Gerald Austin McHugh_
United States District Judge