IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| RACHEL STYCZYNSKI | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : | No. 18-2662 |
| MARKETSOURCE, INC. & ALLEGIS GROUP, INC. | : |  |
|  | : |  |

**CANCELLATION OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case currently scheduled for ARBITRATION at 9:30 am on April 10, 2019 at 9:30am has been CANCELLED. The case will proceed to private arbitration.

                     Kate Barkman
                     Clerk of Court


                     By: /s/ Amanda Frazier
                     Amanda Frazier
                     Deputy Clerk
                     Phone: 267-299-7177

Date: December 6, 2018

Copies:  Courtroom Deputy to Judge Gerald A. McHugh
      Docket Clerk - Case File

    Counsel:  Caren N. Gurmankin, Esq.
          William E. Corum, Esq.
          Dwayne F. Stanley, Esq.

ARB2.FRM